Max Mayron, trading as Max Mayron and Company, appellee, v. Irwin Schulman et al., appellants. Gen. No. 39,190.

Opinion filed December 30, 1936.
Maurice Weissman, for appellants. Julius L. Kabaker, for appellee.
Mr. Justice Friend delivered the opinion of the court.

The First National Bank of Chicago, appellant, v. Moses Bush et al., appellees. Gen. No. 38,466.

Opinion filed December 30, 1936.
Packard, Barnes, McCaughey & Schumacher, for appellant. Naiman & Naiman, for appellees.
Mr. Justice Scanlan delivered the opinion of the court.

In re Estate of John W. Marshall, deceased.
Cyrus S. Eaton and Selden E. Kline, trading as Otis and Company, appellees, v. Helen M. Shaddock, as administratrix of the Estate of John W. Marshall, deceased, appellant. Gen. No. 38,600.

Opinion filed December 30, 1936.
William H. Haight, for appellant. Butler, Pope, Ballard & Elting, for appellees; Beverly B. Vedder and John F. Manierre, of counsel.
Mr. Justice Scanlan delivered the opinion of the court.

Benjamin D. Frost, appellee, v. Ivan Biggar, appellant. Gen. No. 38,721.

Opinion filed December 30, 1936.
Andrew J. Farrell, for appellant. Royal W. Irwin, for appellee.
Mr. Justice Scanlan delivered the opinion of the court.